## UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

In re:

                                          **Case No. 15-16123-BKC-AJC**

Santos Gomez                                       Chapter 13

      *Debtor(s)*

_____

### REQUEST FOR SERVICE

Creditor, Miami-Dade County Tax Collector, through the Miami Dade County Paralegal Unit, files this request to be added to the mailing matrix maintained by the clerk of the Bankruptcy Court, and further requests that copies of all notices, pleadings, and other documents filed in this case be sent to the Miami-Dade County Tax Collector in care of the Miami-Dade County Paralegal Unit.

### **CERTIFICATE OF SERVICE**

      I HEREBY certify that a true and correct copy of the foregoing has been provided by U.S. Mail and/or electronic transmission to:

Office of the Trustee, Nancy K. Neidich, P.O. Box 279806, Miramar, FL 33027-4452

Attorney for the Debtor, Ricardo Corona, bk@coronapa.com

                                              Marcus Saiz de la Mora, Tax Collector
                                              Miami-Dade County, FL
                                              This 13th day of March 2015
                                              By: _____/S/_____
                                              Darely Garcia-Lopez
                                              Paralegal Collection Specialist
                                              Miami Dade Bankruptcy Unit
                                              200 NW 2nd Avenue, #430
                                              Miami, FL  33128
                                              **(305) 375-2119    FAX (305) 375-1142**
                                              E-Mail:  DGJP@MIAMIDADE.GOV
                                                            MDTCBKC@miamidade.gov