# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

In Re:   Santos Gomez

                            *Debtor(s)*

Case No.   15-16123-AJC
Chapter 13

-------------------------------------/

## MIAMI-DADE COUNTY TAX COLLECTOR'S
## NOTICE TO DEBTOR OF ADDITIONAL CREDITORS

     MARCUS SAIZ DE LA MORA, as Tax Collector of MIAMI-DADE COUNTY, Florida, hereby gives notice that the following certificate holder(s) purchased at auction, the pre-petition, secured, real property tax liens of the MIAMI-DADE COUNTY Tax Collector, pursuant to Chapter 197, Florida Statutes.

Date: 05/07/2015

| Certificate Holder | Bidder Address | Parcel Number | Tax Year | Cert. No. | Certificate Amount | Int. Bid |
|---|---|---|---|---|---|---|
| TLGFY LLC 83920 | CAPITAL ONE NA AS PO BOX 54347, NEW ORLEANS, LA 701544347 | 01-3123-015-0980 | 2011, 2012, 2013 | 142708 | $5,597.44 | 18% |

     The certificate amount reflects the certificate amount due as of the date on this form.  The claim of the MIAMI-DADE COUNTY Tax Collector, if any, is specifically set forth on a separate Proof of Claim and <u>does not include</u> the amounts due the certificate holder(s) identified herein.  *\*\*The tax certificate shall be redeemed at the interest rate due or the five percent (5%) mandatory charge, whichever is greater, F.S. 197.472 (2).*  The Tax Collector does not represent the Certificate Holders in this matter, nor does the notice to the Tax Collector constitute notice to the Certificate Holders.  The addresses of the certificate holders are set forth in the Certificate of Service.

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing has been provided either by electronic transmission or by U.S. first class mail postage prepaid to:

The Certificate Holder(s) listed above
The United States Bankruptcy Court, Southern District of Florida , 301 N. Miami Avenue, Room 150, Miami, FL    33128
Attorney for the Debtor: Ricardo Corona, bk@coronapa.com
Trustee: Nancy K. Neidich, P.O. Box 279806, Miramar, FL    33027-4452, e2c8f01@ch13herkert.com

                                               Marcus Saiz de la Mora, Tax Collector
                                               MIAMI-DADE COUNTY, FL

                                               By: _____/S/_____
                                             DARELY GARCIA-LOPEZ
                                             Paralegal Collection Specialist
                                             Paralegal Unit
                                             200 NW 2nd Avenue
                                             Miami, FL 33128
                                             305-375-2119  Fax (305) 375-1142
                                             E-Mail: dgjp@miamidade.gov
                                             MDTCBKC@miamidade.gov