IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN RE:                                           CASE NO. 15-16123-AJC
SANTOS GOMEZ                       CHAPTER 13
      Debtor
_____/

**MOTION TO AMEND ORDER [RE: DE#51] GRANTING DEBTOR'S MOTION [RE: DE#29] TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY FREEDOM MORTGAGE CORPORATION**

THE DEBTOR**, SANTOS GOMEZ,** by and through the undersigned counsel, hereby files this Motion to Amend Order [re: DE#51] Granting Debtor's Motion [re: DE#29] to Value and Determine Secured Status of Lien on Real Property held by Freedom Mortgage Corporation to correct scrivener's error and would state as follows:

1. On May 27, 2015 the Debtor filed a to Value and Determine Secured Status of Lien on Real Property held by Freedom Mortgage Corporation (hereinafter "Motion"), DE #29.

2. Said motion was granted on August 21, 2015, DE #51.

3. The aforementioned order contained a scrivener's error within its body, specifically in the fourth paragraph as to the amount of the unsecured claim.

4. The undersigned has attached a proposed order correcting said error, to reflect the correct amount of the unsecured claim.

5. No creditor will be prejudiced as a result of the granting of this motion.

6. This motion is made in good faith and not for the purpose of delay.

**WHEREFORE,** the Debtor respectfully requests an order amending the order [re: DE #51] granting the Motion [re: DE#29] to Value and Determine Secured Status of Lien on Real Property held by Freedom Mortgage Corporation and for such further relief as this Honorable court deems necessary and just.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona
RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, 2nd Floor
Miami, FL 33126
(305) 266-1150 Phone
(888) 554-5607 Fax
bk@coronapa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing motion was sent via USPS Mail, Certified Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this 8th day of October 2015.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona
RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, 2nd Floor
Miami, FL 33126
(305) 266-1150 Phone
(888) 554-5607 Fax
bk@coronapa.com

**Credit Mailing Matrix**
**Case No.: 15-16123-AJC**

| **Office of the US Trustee** | **Nancy Neidich, Trustee** | **Santos Gomez** |
|---|---|---|
| 51 SW 1st Avenue, Ste 1204 | PO Box 279806 | 4750 NW 15th Avenue |
| Miami, FL 33130 | Miramar, FL 33027 | Miami, Florida 33142 |

Sent via Certified mail                              Sent via Certified Mail
**Freedom Mortgage Corporation**            **Freedom Mortgage Corporation**
Attn: Stanley C Middleman, President         c/o CT Corporation System, Registered Agent
907 Pleasant Valley Avenue                       1200 South Pine Island Road
Mt. Laurel NJ 08054                                  Plantation FL 33324

<u>Sent via Certified mail</u>
**Franklin Credit Management Corporation**
Attn: Thomas J Axon, President
101 Hudson Street, 25th Floor
Jersey City NJ 07302

<u>Sent via Certified Mail</u>
**Franklin Credit Management Corporation**
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation FL 33324