UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ☐ | _____ | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☑ | 3rd _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: Santos R Gomez _____   JOINT DEBTOR: _____   CASE NO.: 15-16123-AJC

SS#: xxx-xx- 961 ____   SS#: xxx-xx-_____

### I.  NOTICES

To Debtors:  Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:  Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:  The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | | | |
|---|---|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☑ | Included | ☐ | Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | Included | ☑ | Not included |
| Nonstandard provisions, set out in Section VIII | ☑ | Included | ☐ | Not included |

### II.  PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.  MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.  $959.76 _____ for months  1  to  48  ;

2.  $748.10 _____ for months  49  to  60  ;

**B.  DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| | | | | | |
|---|---|---|---|---|---|
| Total Fees: | $5750.00 | Total Paid: | $4000.00 | Balance Due: | $1750.00 |

Payable _____ $36.45 _____ /month (Months  1  to  48  )

Allowed fees under LR 2016-I(B)(2) are itemized below:
$3,000 Chapter 13 Case, MMM $2,000 ; Motion to Value $750

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

### III.  TREATMENT OF SECURED CLAIMS

**A.  SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| 1.  Creditor: TLGFY, LLC/ Capital One | | | |
|---|---|---|---|
| Address: Po Box 54347 New Orlands, LA 70154 | Arrearage/ Payoff on Petition Date | $8,529.00 | |
| | Arrears | $142.59 | /month (Months  1  to  48  ) |
| Last 4 Digits of Account No.:  3920 | Arrears Payment (Cure) | $140.38 | /month (Months  49  to  60  ) |
| Other: _____ | | | |

Debtor(s): Santos R Gomez                                    Case number: 15-16123-AJC

☑ Real Property                                    Check one below for Real Property:
   ☐ Principal Residence                     ☐ Escrow is included in the regular payments
   ☑ Other Real Property                     ☑ The debtor(s) will pay  ☑ taxes  ☑ insurance directly

Address of Collateral:
4750 NW 15 Ave
Miami, FL 33142

☐ Personal Property/Vehicle

Description of Collateral:

| 2. | Creditor: | Miami- Dade Tax Collector | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Address: | 200 NW 2nd Ave | Arrearage/ Payoff on Petition Date | $2,223.00 | | | | |
| | | Miami, FL 33128 | Arrears | $37.17 | /month (Months | 1 | to | 48 ) |
| Last 4 Digits of | | | Arrears | $36.59 | /month (Months | 49 | to | 60 ) |
| Account No.: | | n/a | | | | | | |

Other:

☐ Real Property                                    Check one below for Real Property:
   ☑ Principal Residence                     ☐ Escrow is included in the regular payments
   ☐ Other Real Property                     ☑ The debtor(s) will pay  ☑ taxes  ☑ insurance directly

Address of Collateral:
4750 NW 15 Ave
Miami, FL 33142

☐ Personal Property/Vehicle

Description of Collateral:

| 3. | Creditor: | Miami- Dade Tax Collector | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Address: | 200 NW 2nd Ave | Arrearage/ Payoff on Petition Date | $5,955.84 | | | | |
| | | Miami, FL 33128 | Arrears | $496.32 | /month (Months | 49 | to | 60 ) |
| Last 4 Digits of | | | | | | | | |
| Account No.: | | 2058 | | | | | | |

Other:

☑ Real Property                                    Check one below for Real Property:
   ☑ Principal Residence                     ☐ Escrow is included in the regular payments
   ☐ Other Real Property                     ☑ The debtor(s) will pay  ☑ taxes  ☑ insurance directly

Address of Collateral:
4750 NW 15 Ave
Miami, FL 33142

☐ Personal Property/Vehicle

Description of Collateral:

| 4. | Creditor: | Citi National Bank | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Address: | 1661 Worthington, Ste 103 | Arrearage/ Payoff on Petition Date | | | | | |
| | | West Palm Beach, FL 33409 | Regular Payment (Maintain) | $558.33 | /month (Months | 1 | to | 48 ) |
| Last 4 Digits of | | | | | | | | |
| Account No.: | | 7554 | | | | | | |

Debtor(s): Santos R Gomez                                          Case number: 15-16123-AJC

Other: _____

☐ Real Property
    ☑ Principal Residence
    ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☑ The debtor(s) will pay ☑ taxes ☑ insurance directly

Address of Collateral:
4750 NW 15 Ave
Miami, FL 33142

☐ Personal Property/Vehicle

Description of Collateral: _____

B. **VALUATION OF COLLATERAL:** ☐ NONE

    IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

    1. **REAL PROPERTY:** ☐ NONE

| | | |
|---|---|---|
| 1. Creditor: Franklin Credi Managment | Value of Collateral: $0.00 | **Payment** |
| | Amount of Creditor's Lien: $0.00 | Total paid in plan: $0.00 |
| Address: 101 Hudson St, 25th Floor Jersey City, NJ 07302 | Interest Rate: 0.00% | $0.00 /month (Months to ) |
| Last 4 Digits of Account No.: 4007 | Check one below: | |
| Real Property | ☐ Escrow is included in the monthly mortgage payment listed in this section | |
| ☑ Principal Residence | ☐ The debtor(s) will pay | |
| ☐ Other Real Property | | |
| Address of Collateral: 4750 NW 15 Ave Miami, FL 33142 | ☐ taxes ☐ insurance directly | |

    2. **VEHICLES(S):** ☑ NONE

    3. **PERSONAL PROPERTY:** ☑ NONE

C. **LIEN AVOIDANCE** ☑ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

    ☑ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

    ☐ NONE

    ☑ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. City National Bank | 7554 | 4750 NW 15 Ave Miami, FL 33142 |

IV.   **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

    A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☑ NONE

    B. **INTERNAL REVENUE SERVICE:** ☑ NONE

    C. **DOMESTIC SUPPORT OBLIGATION(S):** ☑ NONE

Debtor(s): Santos R Gomez                    Case number: 15-16123-AJC

D. **OTHER:** ▣ NONE

V.   **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay ___$141.03___ /month (Months _1_ to _48_ )

Pay _____ /month (Months _____ to____ )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. SEPARATELY CLASSIFIED:    ▣ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI.  **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

▣ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

▣ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

▣ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

City National Bank/ Ocwen is being treated outside of plan from month 49.

☐   Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Santos R Gomez                    Debtor   7/31/2019                              Joint Debtor
Santos R Gomez                                 Date                                        Date

/s/ Ricardo Corona, Esq.                    7/31/2019
  Attorney with permission to sign on          Date
     Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**